# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## FINAL JUDGMENT

September 21, 2015

Before:
WILLIAM J. BAUER, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| No. 14-3634 | THE PEOPLES GAS LIGHT AND COKE COMPANY, Plaintiff - Appellant<br><br>v.<br><br>BEAZER EAST, INC., Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-02434<br>Northern District of Illinois, Eastern Division<br>District Judge George M. Marovich | |

We **AFFIRM** the dismissal of Peoples' claims against Beazer for contribution under CERCLA § 113(f)(3)(B), 42 U.S.C. § 9613(f)(3)(B). The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)